## IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

GLORIA HICKS, *Executrix of the Estate*     §
*of Malcolm W. Hicks, deceased*     §
                                    §
         Plaintiff,     §
                                    §
VS.                                 §    CIVIL ACTION NO. H-08-3518
                                    §
BALLY TOTAL FITNESS CORP.,     §
                                    §
         Defendant.     §

## ORDER OF DISMISSAL

Defendant, Bally Total Fitness Corporation, filed a petition in the United States Bankruptcy Court for the Southern District of New York as Case No. 08-14818 on December 3, 2008.  A petition filed under 11 U.S.C. §§ 301, *et seq.,* operates as a stay of the continuation of a judicial proceeding against the debtor that was commenced before the initiation of the bankruptcy proceeding.  11 U.S.C. § 362(a)(1).  Accordingly, this case is dismissed without prejudice.  Plaintiff may reinstate this case upon notice to this court of the discontinuance of the stay pursuant to 11 U.S.C. § 362(c)(2), provided such notice is filed within 30 days after the bankruptcy stay is discontinued.

SIGNED on January 9, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge