IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GLORIA HICKS, *Executrix of the Estate of Malcolm W. Hicks, deceased*, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. H-08-3518 |
| BALLY TOTAL FITNESS CORPORATION, | § § § | |
| Defendant. | § | |

## ORDER

The plaintiff's Motion for Reinstatement of the Case to the Trial Docket is granted. The parties must file a joint discovery/case management plan by **October 2, 2009**. A status conference is set for **October 16, 2009 at 4:00 p.m.** Counsel may participate by telephone if advance arrangements are made.

SIGNED on September 3, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge