**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| GLORIA HICKS, *Executrix of the Estate of Malcolm W. Hicks, deceased*, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. H-08-3518 |
| BALLY TOTAL FITNESS CORPORATION, | § § | |
| Defendant. | § § | |

**ORDER**

As announced at the September 21, 2010 hearing, the joint pretrial order deadline and docket call are reset. The joint pretrial order must be filed no later than November 29, 2010. Docket call is reset to December 10, 2010 at 2:00 pm. Jury selection and trial are scheduled to begin on January 10, 2011.

SIGNED on October 15, 2010, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge