# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| GLORIA HICKS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-08-3518 |
| | § | |
| BALLY TOTAL FITNESS CORP., | § | |
| | § | |
| Defendant. | § | |

## ORDER

The attached Court's Instructions to the Jury at Conclusion of Trial was charged to the jury on even date and is to be entered in the record.

SIGNED on January 18, 2011, at Houston, Texas.

Lee H. Rosenthal
United States District Judge